ROBERT R. RONNE, ESQ. (SBN 092884)
LAW OFFICE OF ROBERT R. RONNE, APC
840 Apollo Street, Suite 307
El Segundo, California 90245
Telephone:  (310) 322-1696
Facsimile:  (310) 322-3039
E-mail: rrr55@sbcglobal.net

JS - 6

DENNIS W. RIHN, ESQ. (SBN 126233)
ATTORNEY AT LAW
215 North Marengo Avenue, Suite 376
Pasadena, CA 91101
Telephone:  (818) 265-0525
Facsimile:   (626) 396-1555
E-mail: D.Rihn@Att.Net

Attorneys for Plaintiff Michael Arehart

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AREHART, ) | CASE NUMBER SACV 11-00171-DOC (PJWx) |
|        Plaintiff, ) | |
| vs. ) | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| GOLDEN COAST SENIOR ) LIVING INC., AL VILLARREAL ) and USHA VILLARREAL, ) | COURTROOM: 9-D |
|      Defendants. ) | JUDGE:  THE HONORABLE DAVID O. CARTER |

-1-

Order of Dismissal Without Prejudice

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Good cause appearing, and based upon the joint stipulation of the parties, the case is dismissed without prejudice as to all parties, each side to bear its own costs and fees.

Dated: August 17, 2011

_David O. Carter_

THE HONORABLE DAVID O. CARTER